# UNITED STATES DISTRICT COURT

for the

District of New Mexico

**FILED**
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

| In the Matter of the Search of | ) |
| --- | --- |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) |
| | ) Case No. **23 MR 119** |
| 24 DEVICES LOCATED IN THE IRS CRIMINAL INVESTIGATIONS EVIDENCE ROOM AT 6200 JEFFERSON ST. NE, ALBUQUERQUE, NM 87109 | ) ) ) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of __New Mexico__
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, hereby incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, hereby incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before __January 31, 2023__ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Karen B. Molzen, USMJ__ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: __January 17, 2023 at 3:31 p.m.__       *Karen B Molzen*
                                                                                       *Judge's signature*

City and state: __Albuquerque, NM__           __Karen B. Molzen, United States Magistrate Judge__
                                                                  *Printed name and title*

| Return |||
|---|---|---|
| Case No.: | Date and time warrant executed: <br> 1/23/23 ≈ 1:30 pm | Copy of warrant and inventory left with: <br> N/A |
| Inventory made in the presence of : |||
| Inventory of the property taken and name of any person(s) seized: <br><br> See Attached List |||

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/2/23

_Executing officer's signature_

Crystal Chavez  Special Agent  7RS-C2
_Printed name and title_

Inventory Warrant Case # 23 mr 119

## Stapleton - 1000309406

| IRS SW Control # | Status | Description | Device Type | Drive Size (GB) | Image/Extraction Name | Image Size (GB) |
|---|---|---|---|---|---|---|
| 1A | Image Successful | PNY 8 GB USB Thumb Drive Blue in Color | Thumb Drive | 8 | 1000309406_ABQ_USB1_PNY_Blue_8GB_1A | 5.3 |
| 1B | Image Successful | Generic 2 GB USB Thumb Drive Labeled "APS" Blue and Silver in Color | Thumb Drive | 2 | 1000309406_ABQ_USB2_APS_2GB_1B | 0.0327 |
| 1C | Image Successful | Generic 2 GB USB Thumb Drive Blue and Silver in Color Labeled "APS" & "Sheryl Personal" | Thumb Drive | 2 | 1000309406_ABQ_USB3_APS_2GB_Sheryl_Personal_1C | 0.0457 |
| 1D | Image Successful | Generic 16 GB USB Thumb Drive Red and Silver in Color | Thumb Drive | 16 | 1000309406_ABQ_USB4_16GB_Red_Silver_1D | 1.1 |
| 1E | Image Successful | Generic 128 MB USB Thumb Drive Labeled "Central New Mexico Community College" Blue in Color | Thumb Drive | 0.128 | 1000309406_ABQ_USB5_CNM_Blue_1E | 0.103 |
| 1F | Image Successful | PNY 16 GB USB Thumb Drive Black and Blue in Color | Thumb Drive | 16 | 1000309406_ABQ_USB6_PNY_16GB_Blue_Black_1F | 0.291 |
| 1G | Image Successful | diskGO 16 GB Thumb Drive Black and Blue in Color (1 of 2) | Thumb Drive | 16 | 1000309406_ABQ_USB7_diskGO_16GB_1of2_1G | 0.102 |
| 1H | Image Successful | diskGO 16 GB Thumb Drive Black and Blue in Color (2 of 2) | Thumb Drive | 16 | 1000309406_ABQ_USB8_diskGO_16GB_2of2_1H | 0.127 |
| 2 | Image Successful | Dell Optiplex 9030 All-in-One Computer Service Tag: 1F65R52 | AIO Computer | 500 | 1000309406_ABQ_Dell_Optiplex_1F65R52_HD0 | 102 |
| 3 | Image Successful | Dell Optiplex 5480 All-in-One Computer Service Tag: 6SHTJD3 | AIO Computer | 512 | 1000309406_ABQ_HD0_Dell_Optiplex_AIO_6SHTJD3_3 | 30.8 |
| 4A | No Data Extraction Obtained | Samsung Galaxy S7 Phone | Phone | Unknown | N/A | N/A |
| 4B | Image Successful | PNY 16 GB Micro SD Card Found in Samsung Galaxy S7 Phone (4A) | SD Card | 16 | 1000309406_ABQ_SDCard1_GalaxyS7_4B | 2 |
| 5 | No Data Extraction Obtained | Apple iPhone Model A1524 | Phone | Unknown | N/A | N/A |
| 6 | Data Extraction Successful | AT&T / TINNO Model U304AA Android Phone | Phone | 16 | UFED TINNO U304AA 2023_01_24 (001) | 17.9 |
| 7 | Image Successful | Dell Latitude E7450 Laptop Computer Service Tag: 2L6F162 | Laptop Computer | 500 | 1000309406_ABQ_Dell_Latitude_2L6F162_HD0 | 92.3 |
| 8 | Image Successful | Dell Latitude 6430u Laptop Computer Service Tag: HT5WKX1 | Laptop Computer | 256 | 1000309406_Dell_Latitude_HT5WKX1 | 53.1 |
| 9 | Image Successful | Dell Latitude 6430u Laptop Computer Service Tag: 686WKX1 | Laptop Computer | 256 | 1000309406_ABQ_Dell_Latitude_686WKX1_HD0 | 31.8 |
| 10 | Image Successful | Dell P36G Laptop Computer with Unknown Service Tag | Laptop Computer | 256 | 1000309406_ABQ_Dell_P36G_HD0 | 51.8 |
| 11 | Image Successful | Dell Optiplex 755 Desktop Tower Computer Service Tag: FSDX3G1 | Desktop Computer | 80 | 1000309406_ABQ_HD0_Dell_Optiplex_Desktop_FSDX3G1_11 | 53.8 |
| 12 | Image Successful | Dell Inspiron Laptop Service Tag: 54WR251 | Laptop Computer | 500 | 1000309406_ABQ_HD0_Dell_Inspiron_Laptop_54WR251_12 | 60.3 |
| 13 | Image Successful | Dell Latitude 7490 Laptop Service Tag: 7BJYPV2 | Laptop Computer | 256 | 1000309406_Dell_Latitude_7BJYPV2_HD0 | 63.4 |
| 14 | Image Successful | Dell P406 Laptop Service Tag: F31F162 | Laptop Computer | 500 | 1000309406_Dell_940G_F31F162_HD0 | 92.3 |
| 15 | No Image Obtained | Motion Computing Windows XP Tablet SN:00160253-LE1600 | Tablet Computer | Unknown | N/A | N/A |
| 16 | Image Successful | Dell Latitude D630 Laptop Computer Service Tag: 8DXR3H1 | Laptop Computer | 80 | image1000309406_Dell_Latitude_8DXR3H1 | 15 |
| 17 | Image Successful | Dell Latitude D810 Laptop Computer Service Tag: FDLHM81 | Laptop Computer | 80 | 1000309406_ABQ_Dell_Latitude_FD2HM81_HD0 | 9.2 |
| 18 | Image Successful | Dell Latitude E4300 Laptop Computer Service Tag: FZDCTL1 | Laptop Computer | 256 | 1000309406_Dell_Latitude_FZDCTL1 | 6.6 |
| 19 | Partial Image Obtained | Dell Latitude D600 Laptop Computer Service Tag: DYLX641 | Laptop Computer | Unknown | 1000309406_ABQ_Dell_Latitude_DYLX641_HD0 | 0.051 |
| 20 | No Data Extraction Obtained | BLU MediaTek Grand M Android Phone | Phone | Unknown | N/A | N/A |
| 21 | Data Extraction Successful | Samsung Galaxy S7 Phone | Phone | 32 | UFED samsung SAMSUNG-SM-G930A_2023-01_24 (001) | 54.3 |
| 22 | Image Successful | Dell Latitude Service Tag: 87P6TQ2 | Laptop Computer | 256 | 1000309406_Dell_Latitude_87P6TQ2_HD0 | 103 |
| 23 | Image Successful | Dell Optiplex 7450 All-in-One Computer Service Tag: BRFNCP2 | AIO Computer | 256 | 1000309406_ABQ_Dell_Optiplex_BRFNCP2_HD0 | 28.4 |
| 24 | Image Successful | Dell Optiplex 360 Desktop Computer Service Tag: 69NZ3J1 | Desktop Computer | 80 | 1000309406_ABQ_HD0_Dell_Optiplex_Desktop_69NZ3J1_24 | 2.3 |

## ATTACHMENT A

## DESCRIPTION OF ITEMS TO BE SEARCHED

The items to be searched are the following DEVICES, currently located in the IRS Criminal Investigations evidence room at 6200 Jefferson St. NE, Albuquerque, NM 87109:

| Device # | Description |
|---|---|
| 1 | Eight thumb drives |
| 2 | Dell OptiPlex 9030 Tag #1F65R52 |
| 3 | Dell OptiPlex 5480 Tag#6SHTJD3 |
| 4 | Galaxy S7 (Model: SM-G935ABLK32 IMEI: 357216071686860) |
| 5 | iPhone (IMEI:354437068374244, Model: A1524) |
| 6 | AT&T Cellphone |
| 7 | Dell Laptop (S/N: 2L6F162) |
| 8 | Dell Laptop (S/N: HT5WKX1) |
| 9 | Dell Laptop (Prod No: 686WKX1) |
| 10 | Dell Laptop (Model: P36G) labeled "Property of APS" |
| 11 | Dell OptiPlex 755 Tower (Service No. FSDX3G1) |
| 12 | Dell Laptop (S/N: 54WR2S1) |
| 13 | Dell Laptop (S/N: 7BJYPV2) labeled "Property of APS Schools 787898" |
| 14 | Dell Laptop (S/N: F31F162) labeled "Property of APS 729153" |
| 15 | Tablet (Model T004, S/N 00160253-LE1600) |
| 16 | Dell Laptop (Model: PP18L Service No: 8DXR3H1) |
| 17 | Dell Laptop (Model: PP15L Service No: FDLHM81) |
| 18 | Dell Laptop (Model PP13S, Service No: FZDCTL1) |
| 19 | Dell Laptop (Model: PP05L, Service No: DYLX641) |
| 20 | Blue Phone |
| 21 | Samsung Galaxy S7 (IMEI :359470073570030) |
| 22 | Dell Laptop (S/N: 87P6TQ2) labeled "State of New Mexico Legislative Council Service LEG19L87P6" |
| 23 | Dell All-in-one (S/N: BRFNCP2) |
| 24 | Dell OptiPlex 360 tower (S/N: 69NZ3J1) |



## ATTACHMENT B
## DESCRIPTION OF ITEMS TO BE SEIZED

All records, data, digital files and information, or items consisting of the fruits, instrumentalities, and evidence of violations of 18 U.S.C. § 666, Theft or bribery concerning programs receiving federal funds, 18 U.S.C. § 1343, Wire Fraud, Title 18 U.S.C. § 1346, Honest Services Fraud, or 18 U.S.C. § 1956, Laundering of Monetary Instruments, in connection with the application for and receipt of Carl Perkins federal grant funds, House Bill 91, NextGen Grants, State Special Capital Outlay Funds, House Bill 33 Capital Improvements, Senate Bill 9 Capital Improvements, for the period of January 1, 2006 through July 27, 2021, to include the items listed below:

a. Books and records pertaining to Sheryl Williams Stapleton (aka Sheryl Williams, Sheryl Hendrickson, Sheryl Stapleton, Sheryl Hendrick Williams), Joseph Johnson, Robotics Management Learning Systems LLC, CyberQuest, Taste of Caribbean a/k/a Taste of Caribbean El Sabor De Caribe LLC, S Williams and Associates, Ujima Foundation, Charlie Morrisey Scholarship Committee, or The Education Center.

b. Evidence of who used, owned, or controlled the computer and electronic storage devices at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence.

c. Evidence of software, or the lack thereof, that would allow others to control the computer and electronic storage devices, such as viruses, Trojan horses, and other

forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software.

d. Evidence of the attachment to the computer of other storage device or similar containers for electronic evidence.

e. Evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the computer and electronic storage devices.

f. Evidence of the times the computer and electronic storage devices were used.

g. Passwords, encryption keys, and other access devices that may be necessary to access the computer and electronic storage devices.

h. Documentation and manuals that may be necessary to access the computer and electronic devices or to conduct forensic examination of the computer and electronic devices.

i. Records of, or information about the computer's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

j. Any and all records, documents, ledgers, grant applications, or materials, including, but not limited to, grant award letters, emails, notes, letters, and texts, chats, and logs.

k. Electronic records reflecting the distribution of federal and non-federal payments, including, but not limited to, bank records, statements, ledgers, deposit slips, checks, and account numbers.

m. Email addresses, email messages and correspondence, or any correspondence which describes or contains information of financial transactions; invoices; purchase orders.

n. Electronic correspondence, memoranda, mail, notes, other documents bearing the identification of any school, university, or post-secondary institution.

o. Electronic correspondence, memoranda, mail, notes, other documents reflecting communication between Stapleton and the associated entities identified.

p. Records concerning daily appointments, activities, meetings, communications, and whereabouts for Stapleton and/or individuals and entities with whom Stapleton worked with our used to commit violations of the crimes identified.

q. Photographs that pertain or relates to a scheme to defraud any sum of federal and non-federal grant funds.

r. originals and copies of all income tax returns and their associated forms, work papers, information sheets and taxpayer records.

s. business income and expense records such as receipt books, journals, ledgers, billing records and invoices, point of sale system records and receipts, deposit slips, cancelled checks, bank statements, payroll records, cash receipts and cash expense journals, worksheets, schedules, cashier checks, money orders, investment accounts, financial statements, income statements, balances sheets, trial balances, accounting records, records of purchases and revenues received, and payroll records.

t. Bank, financial institution, and investment account records, checkbooks, statements, deposit slips, canceled checks, cashier's checks, loan records, financial statements, credit reports, records of wire transfer, and keys to safe-deposit boxes.

u. Documents constituting, listing or describing domestic trusts or other foreign entities created on behalf of any of the above-mentioned individuals or businesses, including articles of incorporation, certificates or licenses of incorporation, bylaws, corporate resolutions, trust agreements, list of foreign directors, officers, mangers or trustees and abstracts of memoranda.

v. Any and all copies of Internal Revenue Service publications and documents, including correspondence, manuals, and notices.

w. Power of Attorney forms, notary stamps, notary seals, notary logs, books and all other items related to Notary Public functions.

x. Documents, including the passports and airline tickets, correspondence, itineraries, reservations forms, and receipts, showing travel by the abovementioned individuals

As used above, the terms "records" and "information" includes all forms of creation or storage contained on the computer and electronic storage devices.